**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 19-62004-CIV-SMITH

EUGENE WILLIAMS,

       Plaintiff,

v.

JANICE M. RILEY, INC.
D/B/A THE PAVING LADY,

       Defendant.

_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff, EUGENE WILLIAMS, by and through the undersigned counsel, pursuant to the Court's Order Requiring Joint Scheduling Report, Certificates Of Interested Parties And Corporate Disclosure Statement [DE 4] ("Order"), respectfully requests an enlargement of time through 30 days after Defendant makes an appearance in this case to file the joint scheduling report, and in support Plaintiff states the following:

1. The Order requires the Parties to prepare a Joint Scheduling Report by today.

2. Defendant has not yet made an appearance in this case.

WHEREFORE, Plaintiff respectfully requests an enlargement of time through 30 days after Defendant makes an appearance in this case to file the joint scheduling report.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

_____

Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

Defendants have not yet appeared in this case.

_____

Elliot Kozolchyk, Esq.