UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62004-CIV-SMITH

EUGENE WILLIAMS,

    Plaintiff,

v.

JANICE M. RILEY, INC.,

    Defendant.

_____/

### ORDER AFFIRMING SUPPLEMENTAL REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Alicia O. Valle's Supplemental Report and Recommendation to District Judge [DE 27]. The parties have not filed objections. Upon careful consideration, it is

**ORDERED** that the Supplemental Report and Recommendation [DE 27] is **AFFIRMED AND ADOPTED**:

    1. Plaintiff's acceptance of Defendant's Offer of Judgment (*see* DE 15) is **APPROVED**;

    2. Pursuant to Federal Rule of Civil Procedure 68, the Court will enter separate judgment.

    3. The Court **RESERVES** jurisdiction to award attorney's fees and costs. The motion for attorney's fees and costs shall be filed no later than **December 9, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of December, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE