UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62004-SMITH/VALLE

EUGENE WILLIAMS,

    Plaintiff,

v.

JANICE M. RILEY, INC.,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 43], in which the Magistrate Judge recommends granting in part Plaintiff's Verified Motion for Attorney's Fees and Costs [DE 32] and Bill of Costs [DE 33]. The Magistrate Judge recommends that Plaintiff be awarded $14,137.50 in fees and $465 in costs. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

**ORDERED** that

1. The Report and Recommendation [DE 43] is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Verified Motion for Attorney's Fees and Costs [DE 32] and Bill of Costs [DE 33] are **GRANTED IN PART**. Plaintiff is awarded **$14,137.50** in attorney's fees and **$465** in costs.
3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 19th day of August, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record